

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-21-00135-CV

Herbert Lawrence **POLINARD** Jr. and Irene C. Polinard,
Appellants

v.

James Paul **TISDEL** Jr.,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-04746
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant's motion for extension of time to respond to this court's show cause order dated June 1, 2021, is granted in part. A response showing this court's jurisdiction must be filed by June 28, 2021, or the appeal will be dismissed. No further extensions of time will be granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court